7-9-18

Re: reopen case number: 2:95CV00132

U.S. District Court
Clerks Office
U.S. Courthouse &
Federal Bldg.
324 W. Market St.
Greensboro, NC.
27401

Dear Clerk & Judge:

May I Edwin Wayne Joyce 0220298 reopen case number: 2:95CV00132 for a jury trial and a good court appointed attorney on the facts I now have newly discovered evidence that:

1) Juror Catherine Beane: ex —, —, —

She is a daughter-in-law to almetta Staley Parks who is connected to, a party to, a ties to and may be related to and kin to my and Juror Catherine Beane's states witness Cathy Jo Staley who is a Sunday School Teacher (SST) to my victims/ niece Nena & Sarah and their "molesting Brothers"

Sammy & Timmy Emmert. So in no way was she my fair and imparial juror, nor was SST & States witness (SW) ~~Cathar~~ Cathy Jo Staley my fair and imparial states witness because (1) she had to know SST/SW Cathy Jo Staley way before my trial and they attended First Christian Church of Ramseur in River St. Ramseur, N.C. who's Preachers are Titus Adrian Pugh & Dwane Pugh who "got me arrested," and their SST is SW Cathy Jo Staley, and I allege Allmetta Staley is such also a SST there, and so is my Juror Catherine Beane. are they connected to, a party to, ties to and kin to and related to, to each other? I believe they are. So I claim SST & SW Cathy Jo Staley knew my (her) Juror Catherine Beane before my trial and they may have attended this FCCO-R and knew "their" said Preachers Adrain & Dwane Pugh who got me arrested. So I want to see them please.

2) Juror Billy Collins:

He is "married to," to my (his) "Juror Helper" — his Wife Debra Lea Cooper Collins (ex —, —). I say she is related to, kin to, a party to, ties to, and surely "connected to," to Attorney General - now Governor Roy Cooper who as

a N.C. Senator, and later the attorney General of my Appeals was also a "Juror Helper" to my Juror Billy Collins and his "Juror Helper" Wife Debra Sea Cooper Collins. I say this because "he" was the attorney General Roy Cooper on my appeals of his (their) N.C. Dept. of Justice (NCDOJ). and he denied my appeals to personaly please him and "his to" Juror Billy Collins and "their to" Juror Helpers of (1) Wife Debra Sea Cooper (2) Senator & attorney General Roy Cooper.

So I also want to sue the N.C. Dept. of Justice and if need be, the State of N.C., and Attorney General / Governor Roy Cooper and their offices for 100 million Dollars for (1) jury tampering (2) jurors lying to me at my trial (3) jury misconduct (4) conspiracy (5) pain & suffering (6) perjury of states witnesses (7) perjury of my jurors (8) judge misconduct (9) prosecutors misconduct (10) my attorney misconduct etc.

I have witten Governor Roy Cooper 19 or more letters on all this herein subject matter and I have ask him "is he or is he not" related to, kin to, a party to, a ties to and "connect to, to any or all these herein said "party to" people. and he refuses to answer me. Why? Well he must be related to, kin to, a party

to, a ties to, and a "connections to," to some of or all of these herein said "party to" people. So he Billy Collins wasn't my fair and impartial juror.

3) Juror Betty Pugh:

She is related to, kin to, a party to, a ties to, and a "connections to," to (1) Attorney General Lacy Herman Thornburg my c/o (2) Derrick Lee Thornburg (3) his wife Stephinie W. Pugh Thornburg (4) "Connected to" to attorney General Roy Cooper and Governor Roy Cooper (5) Preachers Fact Adrain Pugh and his "Blood (6) Brother" Dwane Pugh (7) attorney Alan Virgil Pugh — her brother-in-law (8) Randolph County Commissioner Chairman of The Board Richard Keith Pugh — a Vice-Chairman of The N.C. Dept. of Transpostion (NCDOT) for "her" Governor James Grubbs Martin, and his Brother — her Brother-in-law Attorney Alan Virgil Pugh is a General Counsel to House Speacker of The N.C. House of Repersentives Honorable Mr. Harold J. Brubaker. and att. Alan V. Pugh was also a Special Counsel to "her" Governor James G. Martin. Richard K. Pugh is her husband.

So in no way was "she" my fair & impartial juror as to this above herein. So I hereby want to sue them.

"She" is a niece-in-law to her (their) said Preachers Titus Adrain Pugh and Dwane Pugh who "got me" arrested for sex offenses on their two ~~SS7~~ SSS/SW (sunday school students) Sarah (age ~~10~~ 4) Nena (age 5) of whom her other SSS Sammy (age 10) & Timmy Emmert molested them - her SSS/SW. He was 11 years old.

So in ~~now~~ way was she a/my a fair and impartial juror to me because of the above.

4) Juror Yvonne Craven:

She was alleged to be my and my victims/nieces Sarah & Nena's next door nighbors in "her" Ramseur, N.C. or "her" "Craven Family" was such, ~~Did~~ Cravens lived their.

So in no way was she my fair and impartial juror and she never told me she or her Craven Family lived their and next door to my victims and me Wayne Joyce in 1986-88 etc. years.

5) Juror Norma Arthur:

She may be related to, kin to, a party to, a ties to, and connected to, to my Correctional officer (C/O) Sgt. Arthur who is connected to, to me

a 20 year sentence before ~~good~~ consideration of parole because I have filed a number of Civil Rights law suits, and I got seven inmates out of prison. So I should have gone home after serving 20 years - not 30 years. Yet Attorney General/ Governor Roy Cooper and his "gang" keeps me in his prisons illegaly. So I ask this Federal Judge to please in the / my interest of justice and fair play to please reopen Case Number: 2:95 CV 00132 or grant me permission to file a new civil Rights action under 42 USC §1983 without filing suit in Attorney General's / Governor Roy Cooper's N.C. State because he as a N.C. Senator, N.C. Attorney General - now Governor would for sure not let me file a said Civil Lawsuit in "His State of N.C." that he controls for years as a senator, attorney general, governor.

So I move this U.S. District Court to allow me to file a 42 USC §1983 new Civil Rights lawsuit or reopen ~~and~~ of add to, to Case Number: 2:95 CV 00 132 in the interest of justice and fair play.

I while under a panic attack because of my fear of Attorney Alan Virgil Pugh the defendant, did so ~~cancel~~ cancel this case number: 2:95 CV 00 132 years ago. So please let me do this.

And I ~~pros~~ say I will now "fight like hell" to get justice in your U.S. District Greensboro, N.C. Court of Justice.

So please let me know what I can do here.

Thank you.

In World Peace
E. Wayne Joyce
0220295

PS

So please send me the "1983" forms.