IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EDWIN WAYNE JOYCE,            )
                              )
         Plaintiff,           )
                              )
         v.                   )     1:18CV627
                              )
CATHERINE BLAINE, et al.,     )
                              )
         Defendant(s).        )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a Letter requesting an appointment of counsel and seeking to either file a new action under 42 U.S.C. § 1983 or reopen case 2:95CV132, which has been closed for more than two decades. Plaintiff, who is not allowed to file new documents in that case without prior approval from the Court, lists nothing justifying reopening or allowing any filing in that case. Therefore, the Court treated the Letter as a new civil rights action pursuant to 42 U.S.C. § 1983 based on Plaintiff's allegations and his request for an appointment of counsel. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(e).

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. As for Plaintiff's request for an appointment of counsel, that will be denied at this time due to the recommendation of dismissal. Plaintiff also asks for legal advice from the Court. The Court cannot provide legal advice.

IT IS THEREFORE ORDERED that Plaintiff's request for counsel is denied and that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 19th day of July, 2018.

>     /s/ L. Patrick Auld
> **L. Patrick Auld**
> **United States Magistrate Judge**