```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

EDWIN WAYNE JOYCE,              )
                                )
        Plaintiff,              )
                                )
    v.                          )       1:18CV627
                                )
CATHERINE BLANE, et al.,        )
                                )
        Defendants.             )

## **ORDER**

On July 19, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) Plaintiff timely filed objections (Doc. 4) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's letter (Doc. 1) is construed as a civil rights action pursuant to 42 U.S.C. § 1983, and that this action is hereby dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, correcting the defects set out in the Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of August, 2018.

```
               _____
                    William L. Osteen, Jr.
                   United States District Judge
```